■ In the Matter of AMERICAN FEDERATION OF MUSICIANS' AND EMPLOYERS' PENSION FUND et al., Appellants, v TAX COMMISSION OF THE CITY OF NEW YORK et al., Respondents. [612 NYS2d 857] —Order and judgment (one paper) of the Supreme Court, New York County (Leland DeGrasse, J.), entered May 11, 1993, unanimously affirmed for the reasons stated by DeGrasse, J., without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Ross, Rubin, Nardelli and Tom, JJ.